F I L E D
Clerk
District Court
AUG 19 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAMIRA I. SAURES, for herself and as guardian *ad litem* for TAMIM TAZ RASHID, a minor child,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>INTERPACIFIC RESORTS (SAIPAN) CORPORATION, a Commonwealth of the Northern Mariana Islands corporation doing business as PACIFIC ISLANDS CLUB - SAIPAN, and DAN K. THAPA and YUE WANG, individuals currently residing in the Commonwealth of the Northern Mariana Islands and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00031<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　All the parties in this matter reached a settlement and stipulated to dismiss this lawsuit with prejudice on July 15, 2015. (ECF No. 104.) Pursuant to Rule 41(a)(1)(A)(ii), that stipulation was effective when filed, and the Court hereby ORDERS this matter dismissed and directs the Clerk to close the case. The Court shall retain jurisdiction to enforce the settlement in the event of a dispute.

　　　SO ORDERED this 19th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ *signature*
　　　　　　　　　　　　　　　　　　　　RAMONA V. MANGLONA
　　　　　　　　　　　　　　　　　　　　Chief Judge